TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Barry Roth*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Roth, | Case No.: 2:16-cv-04136-DMF |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Credit One Bank, | |
| Defendant. | |

Plaintiff, through counsel undersigned, hereby dismisses the within action against Credit One Bank, with prejudice and without costs to either party.

KENT LAW OFFICES

1

1  DATED: February 9, 2017

2                                              By:  */s/   Trinette G. Kent*
                                                Trinette G. Kent
3                                               Attorneys for Plaintiff,
4                                               Barry Roth

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28